FILED

06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0179

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA-20-0179**

*Attorney for Appellant*

|  |  |
|---|---|
| THORCO, INC.; <br><br> Appellant, <br><br> v. <br><br> WHITEFISH CREDIT UNION, and JOHN DOES 1-10, <br><br> Appellee. | **ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to Appellant's Unopposed Motion for Extension of Time to File Opening Brief, with good cause appearing therefore and no objection by Appellee,

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for Extension of Time to File Opening Brief is GRANTED, and Appellant shall have up to and including July 3, 2020 to file its opening brief.

DATED this _____ day of June, 2020.

By: _____
Clerk of the Supreme Court

cc: Nathan G. Wagner
    Sean S. Frampton

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 2 2020